COOLEY LLP
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
RYAN C. STEVENS (306409)
(rstevens@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:　+1 415 693 2000
Facsimile:　+1 415 693 2222

TIANA DEMAS (*pro hac vice*, forthcoming)
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone:　+1 312 881 6500
Facsimile:　+1 312 881 6598

Attorneys for Defendant
ROBLOX CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DOE, as next friend of minor plaintiff, JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION; DISCORD INC.,<br><br>　　　　　Defendants. | Case No. 4:25-cv-08350<br><br>**JOINT STIPULATION AND ORDER STAYING CASE** |

## STIPULATION

Plaintiff JANE DOE, a minor, represented by her next friend, MARY DOE ("Plaintiff") and Defendants Roblox Corporation ("Roblox") and Discord Inc. ("Discord"), by and through their respective counsel of record, (collectively the "Parties"), pursuant to Civil Local Rules 6-2 and 7-12, hereby stipulate as follows:

WHEREAS, Plaintiff filed this action in this Court on October 1, 2025;

WHEREAS, on September 18, 2025, a motion for transfer with the Judicial Panel of

Multidistrict Litigation (the "JPML Motion") was filed requesting transfer and consolidation into multidistrict litigation several federal cases;

WHEREAS, Defendants anticipate filing Motions to Compel Arbitration and/or Motions to Dismiss the Complaint in the above-listed case;

WHEREAS, the Parties agree to stay all deadlines in this case, pending resolution of the JPML Motion;

WHEREAS, the Parties agree, that this stipulation in no way waives or alters Defendants' rights to move to compel arbitration;

WHEREAS, the Parties agree that this stipulation in no way waives or alters Defendants' rights to move to dismiss the Complaint, or to oppose any motion filed before the Judicial Panel on Multidistrict Litigation on any basis;

WHEREAS, Plaintiff agrees to promptly provide Defendants, no later than November 13, 2025, with the below items, so that Defendants can investigate the claims in this case, move to compel arbitration, and use this information to preserve relevant evidence:

- Plaintiff's Roblox username(s) and the usernames associated with any accounts Plaintiff allegedly used in connection with the allegations in this litigation or, if Plaintiff is currently unable to identify those usernames, other information sufficient to identify Plaintiff's Roblox account(s) and any accounts Plaintiff allegedly used in connection with the allegations in this litigation; and

- The Discord ID(s) and Discord username(s) associated with any accounts Plaintiff allegedly used in connection with the allegations in this litigation or, if Plaintiff is currently unable to identify those ID(s) and username(s), the email address(es) and phone number(s) associated with any Discord account(s) Plaintiff allegedly used in connection with the allegations in this litigation.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the Parties, as follows:

- All proceedings in this case are stayed pending resolution of the JPML Motion, and all

deadlines and hearings are vacated.

- Plaintiff will provide the information identified above by the date indicated.

- In the event that the JPML Motion is denied as to this case, the Parties will promptly meet and confer to see if they can stipulate to new case deadlines, including for Defendants' response to the Complaint and, if they cannot so stipulate, will request a conference before this Court to set such deadlines.

**IT IS SO STIPULATED.**

Dated: November 7, 2025                                    COOLEY LLP

                                                           By: /s/ Max A. Bernstein

                                                           Attorneys for Defendant
                                                           ROBLOX CORPORATION

Dated: November 7, 2025                                    DAVIS WRIGHT TREMAINE LLP

                                                           By: /s/ Adam S. Sieff
                                                               Adam S. Sieff

                                                           Attorneys for Defendant
                                                           DISCORD, INC.

Dated: November 7, 2025                                    ANAPOL WEISS

                                                           By: /s/ Paige N. Boldt
                                                               Paige N. Boldt

                                                           Attorneys for Plaintiff

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Max A. Bernstein, attest that concurrence in the filing of this document has been obtained from all other signatories.  Executed on November 7, 2025, in San Francisco, California.

> /s/ Max A. Bernstein
> Max A. Bernstein

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/13/2025

_____
United States District Court Judge